UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCNEIL,<br><br>          Plaintiff,<br><br>     v.<br><br>KIRAN TOOR, JR., *et al.*,<br><br>          Defendants. | Case No. 1:19-cv-01257-DAD-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA<br><br>ECF No. 20 |

Plaintiff Michael McNeil is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff moves for six subpoena forms to issue in this case. ECF No. 20. However, plaintiff has failed to specify what documents he seeks to subpoena. The court will only consider granting a request for a subpoena if the documents sought are from a non-party, are not equally available to plaintiff, and are not obtainable from defendants through a request for production of documents. *See* Fed. R. Civ. P. 34. In any request for a subpoena, plaintiff must: (1) identify with specificity the documents sought and from whom; and (2) make a showing in the request that the records are only obtainable through that third party. Therefore, plaintiff's motion for a subpoena is denied. ECF No. 20.

1

IT IS SO ORDERED.

Dated:   July 10, 2020                         _/s/ Jeremy Peterson_
                                                       UNITED STATES MAGISTRATE JUDGE

No. 204.