UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCNEIL, | No. 19-cv-01257-DAD-JDP (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| KIRAN TOOR, et al., | (Doc. No. 17) |
| Defendants. | |

Plaintiff Michael McNeil is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 11, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for injunctive relief be denied.  (Doc. No. 17.)  The findings and recommendations were served on plaintiff and provided him fourteen (14) days to file objections thereto.  (*Id.* at 4.)  On May 22, 2020, plaintiff filed a document stylized as a request for judicial notice, in which he indicated that he did not object to the findings and recommendations.  (Doc. No. 18.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this court has conducted a de novo review of the case.  Having carefully reviewed the entire file,
/////

1

including plaintiff's request, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on May 11, 2020 (Doc. No. 17) are adopted in full;
2. Plaintiff's motion for injunctive relief (Doc. No. 5) is denied; and
3. The matter is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **August 11, 2020**

UNITED STATES DISTRICT JUDGE

2