UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MCNEIL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KIRAN TOOR, et al.,<br><br>　　　　　Defendants. | Case No.  1:19-cv-1257-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 53, 84) |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 2, 2024, the magistrate judge issued findings and recommendations, recommending that defendants' motion for summary judgment be granted because there is no genuine dispute of material fact that any defendant was deliberately indifferent to plaintiff's serious medical need.  *See* Doc. 84.  The magistrate judge found that although plaintiff had a serious medical need, the undisputed evidence showed that defendants' response was not one of deliberate indifference and there was no constitutional violation, and therefore defendants were entitled to judgment as a matter of law.  *Id.* at 24-25.

　　　　The findings and recommendations were served on plaintiff and provided him 14 days to file objections thereto.  *Id.* at 26-27.  The court also advised plaintiff that failure to file objections

by the specified time might result in the waiver of rights on appeal. *Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014). Plaintiff did not file objections, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations, issued on January 2, 2024 (Doc. 84), are ADOPTED IN FULL;
2. Defendants' motion for summary Judgment, filed on November 10, 2021 (Doc. 53), is GRANTED;
3. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff and to close this case.

IT IS SO ORDERED.

Dated:   August 26, 2024

UNITED STATES DISTRICT JUDGE